No. 24-11069-B

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

**DAVITA KEY,**

*Plaintiff-Appellee,*

v.

**DYNAMIC SECURITY, INC.**

*Defendant-Appellant,*

Appeal from the United States District Court for the Middle District of Alabama, Northern Division

No. 2:19-cv-767-ECM

_____

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF APPELLANT DYNAMIC SECURITY, INC.

_____

                                        Wesley C. Redmond
                                        Susan W. Bullock
                                        FordHarrison LLP
                                        420 20th Street North, Suite 2560
                                        Birmingham, AL 35203
                                        wredmond@fordharrison.com
                                        Phone: 205-244-5905
                                        sbullock@fordharrison.com
                                        Phone: 205-244-5904
                                        *Counsel for Appellant,*
                                        *Dynamic Security, Inc.*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1, Appellant Dynamic Security, Inc., submits the following list of all judges, attorneys, individuals, associations, firms, partnerships, or corporations having an interest in the outcome of this appeal:

1. Bond, Courtlin (Counsel for Defendant);

2. Bradley Arant Boult Cummings, LLP (Counsel for Defendant);

3. Brown, Whitney R. (Counsel for Defendant);

4. Bullock, Susan W. (Counsel for Appellant/Defendant);

5. Dynamic Security, Inc. (Appellant/Defendant);

6. FordHarrison, LLP (Counsel for Appellant/Defendant);

7. Key, Davita M. (Appellee/Plaintiff);

8. Heather Leonard, P.C. (Counsel for Appellee/Plaintiff);

9. Hyundai ENG America, Inc. (Defendant);

10. Hyundai Motor Manufacturing Alabama, LLC (Defendant);

11. Lehr Middlebrooks Vreeland & Thompson, P.C. (Counsel for Defendant);

12. Leonard, Heather (Counsel for Appellee/Plaintiff);

13. Marks, Hon. Emily C. (Chief Judge, United States District Court);

14. Middlebrooks, David J. (Counsel for Defendant);

15. Miller, T. Matthew (Counsel for Defendant);

16. Palmer Law, LLC (Counsel for Appellee/Plaintiff);

17. Palmer, Leslie A. (Counsel for Appellee/Plaintiff);

18. Redmond, Wesley C. (Counsel for Appellant/Defendant);

19. Vaughn, Sarahanne (Counsel for Defendant).

Pursuant to Fed. R. App. P. 26.1-3(b), Appellant states that no publicly traded company or corporation has an interest in the outcome of the case or appeal.

**Corporate Disclosure**. Pursuant to Fed. R. App. P. 26.1, and 11th Cir. R. 26.1-1, 26.1-2 and 26.1-3, Appellant Dynamic Security, Inc., submits this Corporate Disclosure, stating as follows:

Appellant Dynamic Security, Inc. has not issued shares or debt securities to the public. Furthermore, no parent, subsidiary, or affiliate of Appellant has issued shares of debt securities to the public, nor does any publicly owned company own ten percent or more of the stock of the Appellant. Appellant is not aware of any other entity likely to be an active participant in the proceedings.

Respectfully submitted,

*/s/ Wesley C. Redmond*
Wesley C. Redmond
Susan W. Bullock
FordHarrison LLP
420 20th Street North, Suite 2560
Birmingham, AL  35203
wredmond@fordharrison.com

Phone: 205-244-5905
sbullock@fordharrison.com
Phone: 205-244-5904

*Attorneys for Appellant,
Dynamic Security, Inc.*

## Certificate of Compliance

This document contains 536 words and thus complies with the word limit of Fed. R. App. P. 32(a)(7)(B), excluding the parts exempted by Fed. R. App. P. 32(f).

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and type-style requirements of Fed. R. App. P. 32(a)(6).

Dated: April 19, 2024

                Respectfully submitted,

                */s/Wesley C. Redmond*
                OF COUNSEL

## Certificate of Service

I certify that, on April 19, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Counsel for all parties registered as CM/ECF users will be served with the foregoing document by the Court's CM/ECF system.

<i>/s/Wesley C. Redmond</i><br>
OF COUNSEL

WSACTIVELLP:113228915.1 - 4/19/2024 4:59 PM