IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

DOCKET NO.: 24-11069-B

---

DAVITA KEY,

Plaintiff-Appellee

v.

DYNAMIC SECURITY, INC.

Defendant-Appellant.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DISTRICT COURT CIVIL ACTION NO.: 2:19-CV-00767-ECM-SMD

---

APPELLEE DAVITA KEY'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT

---

OF COUNSEL:

| | |
|---|---|
| Heather Newsom Leonard | Leslie A. Palmer |
| HEATHER LEONARD, PC | PALMER LAW, LLC |
| 2105 Devereux Circle, Suite 111 | 104 23rd Street South, Suite 100 |
| Birmingham, AL 35243 | Birmingham, AL 35223 |
| (205) 977-5421 | (205) 285-3050 |
| Heather@HeatherLeonardPC.com | Leslie@PalmerLegalServices.com |

*Davita Key v. Hyundai Motor Manufacturing of Alabama,et al.*
Docket No. 24-11069

### APPELLANT DAVITA KEY'S
### CERTIFICATE OF INTERESTED PERSONS

Pursuant to Rule 26.1, Fed. R. App. Proc. and Eleventh Circuit Rule 26.1-1, the undersigned counsel of record for the Appellee Davita Key hereby certifies the following is a complete list of the trial judges, attorneys, persons, associations of persons, firms, partnerships, corporations (including subsidiaries, conglomerates, affiliates, parent corporations and any publicly held corporation which owns 10% or more of the party's stock), and other identifiable legal entities related to a party that has an interest in this case.

　　Davita M. Key, Plaintiff-Appellee

　　Hyundai Motor Manufacturing of Alabama, LLC, Defendant

　　Hyundai ENG America, Inc., Defendant

　　Dynamic Security, Inc., Defendant-Appellant

　　Whitney Ryan Brown, counsel for Defendant

　　Daivd Middlebrooks, counsel for Defendant

　　Lehr Middlebrooks Vreeland & Thompson, PC, counsel for Defendant

　　Matthew T. Miller, counsel for Defendant

　　Sarahanne Vaughn, counsel for Defendant

Cortlin Bond, counsel for Defendant

Bradley Arant Boult Cummings, LLP, counsel for Defendant

Wesley C. Redmond, counsel for Defendant-Appellant

Susan W. Bullock, counsel for Defendant-Appellant

FordHarrison, LLP, counsel for Defendant-Appellant

Leslie A. Palmer, counsel for Plaintiff-Appellee

Palmer Law, LLC, counsel for Plaintiff-Appellee

Heather Newsom Leonard, counsel for Plaintiff-Appellee

Heather Leonard, PC, counsel for Plaintiff-Appellee

Emily C. Marks, U.S. District Court Judge

Stephen M. Doyle, U.S. Magistrate Judge

    Respectfully submitted,

    */s/ Heather Newsom Leonard*
    Heather Newsom Leonard
    One of the Attorneys for the Appellee

OF COUNSEL:

HEATHER LEONARD, PC
2105 Devereux Circle, Suite 111
Birmingham, AL 35243
(205) 977-5421
Heather@HeatherLeonardPC.com

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of April, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Wesley C. Redmond
Susan W. Bullock
FordHarrison LLP
420 20th Street North, Suite 2560
Birmingham, AL 35203

/s/ *Heather Newsom Leonard*
COUNSEL FOR APPELLANT