No. 24-11069-B

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

DAVITA KEY,

*Plaintiff-Appellee,*

v.

DYNAMIC SECURITY, INC.

*Defendant-Appellant,*

Appeal from the United States District Court for the Middle District of Alabama, Northern Division

No. 2:19-cv-767-ECM

---

MOTION OF APPELLANT DYNAMIC SECURITY, INC.
TO FILE WEB-BASED CERTIFICATE OF INTERESTED PERSONS
OUT OF TIME

---

Wesley C. Redmond
Susan W. Bullock
FordHarrison LLP
420 20th Street North, Suite 2560
Birmingham, AL  35203
wredmond@fordharrison.com
Phone: 205-244-5905
sbullock@fordharrison.com
Phone: 205-244-5904
*Counsel for Appellant,*
*Dynamic Security, Inc.*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1, Appellant Dynamic Security, Inc., submits the following list of all judges, attorneys, individuals, associations, firms, partnerships, or corporations having an interest in the outcome of this appeal:

1. Bond, Courtlin (Counsel for Defendant);

2. Bradley Arant Boult Cummings, LLP (Counsel for Defendant);

3. Brown, Whitney R. (Counsel for Defendant);

4. Bullock, Susan W. (Counsel for Appellant/Defendant);

5. Dynamic Security, Inc. (Appellant/Defendant);

6. FordHarrison, LLP (Counsel for Appellant/Defendant);

7. Key, Davita M. (Appellee/Plaintiff);

8. Heather Leonard, P.C. (Counsel for Appellee/Plaintiff);

9. Hyundai ENG America, Inc. (Defendant);

10. Hyundai Motor Manufacturing Alabama, LLC (Defendant);

11. Lehr Middlebrooks Vreeland & Thompson, P.C. (Counsel for Defendant);

12. Leonard, Heather (Counsel for Appellee/Plaintiff);

13. Marks, Hon. Emily C. (Chief Judge, United States District Court);

14. Middlebrooks, David J. (Counsel for Defendant);

15. Miller, T. Matthew (Counsel for Defendant);

16. Palmer Law, LLC (Counsel for Appellee/Plaintiff);

17. Palmer, Leslie A. (Counsel for Appellee/Plaintiff);

18. Redmond, Wesley C. (Counsel for Appellant/Defendant);

19. Vaughn, Sarahanne (Counsel for Defendant).

Pursuant to Fed. R. App. P. 26.1-3(b), Appellant states that no publicly traded company or corporation has an interest in the outcome of the case or appeal.

**Corporate Disclosure**. Pursuant to Fed. R. App. P. 26.1, and 11th Cir. R. 26.1-1, 26.1-2 and 26.1-3, Appellant Dynamic Security, Inc., submits this Corporate Disclosure, stating as follows:

Appellant Dynamic Security, Inc. has not issued shares or debt securities to the public. Furthermore, no parent, subsidiary, or affiliate of Appellant has issued shares of debt securities to the public, nor does any publicly owned company own ten percent or more of the stock of the Appellant. Appellant is not aware of any other entity likely to be an active participant in the proceedings.

## MOTION OF APPELLANT TO FILE WEB-BASED CERTIFICATE OF INTERESTED PERSONS OUT OF TIME

Appellant Dynamic Security, Inc., by and through the undersigned, pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and 11th Cir. Rule 42-1(b), seeks permission from the Court to file its Web-Based Certificate of Interested Persons beyond the time set forth in 11th Cir. Rule 26.1-1(b). In support of this motion, Appellant states:

1. The undersigned counsel has contacted opposing counsel who has no objection to this motion.

2. Appellant filed its Certificate of Interested Persons and Corporate Disclosure Statement on April 19, 2024.

3. The undersigned counsel prepared the Web-Based Certificate of Interested Persons on April 24, 2024, within 24 hours of receipt of notice of the deficiency.

4. The default has been remedied, and, as Ordered by the Court and required by the 11th Circuit Rules Appellant has submitted this motion to file the Web-Based Certificate of Interested Parties out of time.

5. The failure to perform timely the Web-Based Certificate of Interested Persons was inadvertent and not intended to ignore this Court's rules, but was the result of excusable neglect by counsel.

6. Counsel was out of the physical office from April 19, 2024, until April 24, 2024.

7. No party will be prejudiced by the granting of this motion.

                Respectfully submitted,

                */s/ Wesley C. Redmond*
                Wesley C. Redmond
                Susan W. Bullock
                FordHarrison LLP
                420 20th Street North, Suite 2560
                Birmingham, AL  35203
                wredmond@fordharrison.com
                Phone: 205-244-5905
                sbullock@fordharrison.com
                Phone: 205-244-5904

                *Attorneys for Appellant,*
                *Dynamic Security, Inc.*

## Certificate of Compliance

This document contains 759 words and thus complies with the word limit of Fed. R. App. P. 32(a)(7)(B), excluding the parts exempted by Fed. R. App. P. 32(f).

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and type-style requirements of Fed. R. App. P. 32(a)(6).

Dated: April 26, 2024

Respectfully submitted,

*/s/Wesley C. Redmond*
OF COUNSEL

## Certificate of Service

I certify that, on April 26, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Counsel for all parties registered as CM/ECF users will be served with the foregoing document by the Court's CM/ECF system.

                                              */s/Wesley C. Redmond*
                                              OF COUNSEL

WSACTIVELLP:113252310.1 - 4/26/2024 5:18 PM