# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 30, 2024

Wesley C. Redmond
FordHarrison, LLP
420 20TH ST N STE 2560
BIRMINGHAM, AL 35203

Appeal Number: 24-11069-B
Case Style: Davita Key v. Dynamic Security, Inc.
District Court Docket No: 2:19-cv-00767-ECM-SMD

The following action has been taken in the referenced case:

Appellant's Motion to File Web-Based CIP Out of Time is GRANTED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
General Information:    404-335-6100    Attorney Admissions:         404-335-6122
Case Administration:    404-335-6135    Capital Cases:               404-335-6200
CM/ECF Help Desk:       404-335-6125    Cases Set for Oral Argument: 404-335-6141

MOT-2 Notice of Court Action