# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

May 01, 2024

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 24-11069-G
Case Style: Davita Key v. Dynamic Security, Inc.
District Court Docket No: 2:19-cv-00767-ECM-SMD

Consolidation
Pursuant to FRAP 3(b)(2) and 11th Cir. R. 12-2, and absent any party filing written objections within 14 days, this case will be consolidated with: 24-11126. Briefing in each appeal shall proceed separately, unless the parties file a motion seeking a consolidated briefing schedule.

A litigant who is a party in more than one case being consolidated must file all documents in each separate consolidated case number. A litigant who is a party in only one of the cases being consolidated must file all documents in that case number; if such a litigant wants to receive notice of filings in the other case(s) being consolidated, the litigant should set up notice through the "Notice for Cases of Interest" utility in CM/ECF.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CLKCONS-1 Appeal Clerically Consolidated