# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 09, 2024

Patricia Starkie
Court Reporters
1 CHURCH ST
MONTGOMERY, AL 36104-4018

Appeal Number:  24-11069-G
Case Style:  Davita Key v. Dynamic Security, Inc.
District Court Docket No:  2:19-cv-00767-ECM-SMD

TRANSCRIPT DUE: <u>August 8, 2024</u> (30 days from appellant's certification)

We have not received your acknowledgment of the enclosed transcript order form and certification of completion of financial arrangements. We have assumed that the necessary financial arrangements have been made by the appellant for the preparation of the transcript, in accordance with appellant's certification, and accordingly we have fixed the date shown above for filing the transcript with the district court clerk.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

RPTR-1 Acknowledgment not recd