## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| David J. Smith | For rules and forms visit |
|---|---|
| Clerk of Court | www.ca11.uscourts.gov |

August 09, 2024

Patricia Starkie
Court Reporters
1 CHURCH ST
MONTGOMERY, AL 36104-4018

Appeal Number: 24-11069-G
Case Style: Davita Key v. Dynamic Security, Inc.
District Court Docket No: 2:19-cv-00767-ECM-SMD

TRANSCRIPT DUE: 08/08/2024
10% discount required for filing of transcripts after this date: 09/08/2024
20% discount required for filing of transcripts after this date: 10/08/2024

According to the district court docket, and our docket, the transcript in the referenced appeal has not been filed. According to our records, this transcript was due to be filed on the date shown above. Under the Court Reporter Management Plan for your district, unless an extension of time has been approved by the clerk of this court and a waiver has been given, the total charge for this transcript is required to be discounted. The date on which a 10% discount is/was required is shown above. Thirty days after that date an additional discount is required to be taken (total of 20%). We request that you file this transcript immediately or complete an extension form indicating the date by which this transcript will be filed.

Consistent with FRAP 11(b)(1)(D), the district judge is being served with a copy of this letter.

<u>Clerk's Office Phone Numbers</u>

| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
|---|---|---|---|
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

RPTR-2 Rptr letter overdue trans 1