## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 11, 2024

Wesley C. Redmond
FordHarrison, LLP
420 20TH ST N STE 2560
BIRMINGHAM, AL 35203

Appeal Number: 24-11069-GG
Case Style: Davita Key v. Dynamic Security, Inc.
District Court Docket No: 2:19-cv-00767-ECM-SMD

The appendix filed by you in the referenced appeal is deficient because it does not include documents 147 and 212.

Please electronically file a corrected appendix and submit two paper copies of the corrected appendix within fourteen days from this date. Do not amend the original certificate of service date.

If appellant fails to timely correct the appendix, the appeal will be dismissed. See 11th Cir. R. 42-1(b), 42-3.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

APPX-1CV Appendix deficiency letter