# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

## DOCKET NO.: 24-11069-GG

DAVITA KEY,

Plaintiff – Appellee,

v.

DYNAMIC SECURITY, INC.,

Defendant – Appellant.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DISTRICT COURT CIVIL ACTION NO.: 2:19-cv-0767-ECM

## APPELLEE (PLAINTIFF) DAVITA KEY'S
## MOTION FOR EXTENSION OF BRIEFING SCHEDULE

COUNSEL FOR APPELLANT:

Heather Newsom Leonard
HEATHER LEONARD, P.C.
2105 Devereaux Cir, Ste 111
Birmingham, AL 35234
Phone: (205) 977-5421
Heather@HeatherLeonardPC.com

Leslie A. Palmer
PALMER LAW, LLC
104 23rd St. S., Ste 100
Birmingham, AL 35233
Phone: (205) 285-3050
Leslie@PalmerLegalServices.com

## <u>CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Eleventh Circuit Rule 26.1-1, the undersigned counsel of record for Appellee/Plaintiff hereby certifies the following is a complete list of the trial judges, attorneys, persons, associations of persons, firms, partnerships, corporations (including subsidiaries, conglomerates, affiliates, parent corporations and any publicly held corporation which owns 10% or more of the party's stock), and other identifiable legal entities related to a party that has an interest in this case.

1. Bond, Cortlin, Counsel for HEA, Appellee Companion Case – (no appearance on appeal)

2. Bradley Arant Boult Cummings LLP Counsel for HEA, Appellee Companion Case

3. Brown, Whitney Ryan, Counsel for HMMA, Appellee Companion Case

4. Bullock, Susan W., Counsel for Dynamic, Appellant

5. Burney, Schyler B., Counsel for HEA, Appellee Companion Case

6. Doyle, Hon. Stephen M., US Magistrate Judge

7. Dynamic Security, Inc., Defendant, Appellant

8. Equal Employment Opportunity Commission, Amicus Curiae (companion case)

9. FordHarrison, LLP, Counsel for Dynamic, Appellant

10. Gilbride, Karla, General Counsel, EEOC (companion case)

11. Goldstein, Jennifer S., Associate General Counsel, EEOC (companion case)

12. Heather Leonard P.C., Counsel for Plaintiff Appellee

13. Hyundai ENG America, Inc. ("HEA"), Defendant, Appellee in Companion Case

14. Hyundai Motor Manufacturing of Alabama, LLC ("HMMA"), Defendant, Appellee in Companion Case

15. Key, Davita M., Plaintiff/Appellee

16. Lehr Middlebrooks Vreeland & Thompson, P.C., Counsel for HMMA, Appellee Companion Case

17. Leonard, Heather Newsom, Counsel for Plaintiff, Appellee

18. Marks, Hon. Emily C., US District Court Judge

19. Middlebrooks, David, Counsel for HMMA, Appellee Companion Case

20. Miller, Matthew T, Counsel for HEA, Appellee Companion Case

21. Occhialino, Anne Noel, Associate General Counsel, EEOC (companion case)

22. Palmer Law, LLC, Counsel for Plaintiff Appellee

23. Palmer, Leslie A., Counsel for Plaintiff Appellee

24. Redmond, Wesley C., Counsel for Dynamic, Appellant

25. Smith, Scott Burnett, Counsel for HEA, Appellee Companion Case

26. Vaughn, Sarahanne, Counsel for HEA, Appellee Companion Case

27. Yeomans, Georgina C., Attorney, EEOC (companion case)

Respectfully submitted this 23rd day of January, 2025.

/s/ Leslie A. Palmer
Leslie A. Palmer
*Attorney for Appellee*

OF COUNSEL:
PALMER LAW, LLC
104 23rd Street South, Suite 100
Birmingham, AL 35233
(205)285-3050
leslie@palmerlegalservice.com

**APPELLEE (PLAINTIFF) DAVITA KEY'S
MOTION FOR EXTENSION OF BRIEFING SCHEDULE**

Plaintiff, Appellee in the above styled action, respectfully moves the Court, pursuant to Eleventh Circuit Rule 31-2(d) for a 14-day extension of time to file her response brief, in Docket No. 24-11069-GG, Key v. Dynamic Security. Currently, Key's brief is due Monday, January 27, 2025. In support of this motion, the undersigned states as follows:

1. In Docket Entry 21, on May 1, 2024, this Court consolidated this appeal (Docket No. 24-11069) with Docket No. 21-11126.

2. Though the appeals maintain separate briefing schedules, the due dates on both appeals have aligned.

3. Plaintiff/Appellee's Response in this appeal, by over the phone extension, is currently due Monday, January 27, 2025.

4. Appellees in the companion case have filed for and received extensions for filing their briefs until February 10, 2024.

5. The docket entry contains multiple corrected Order's on both appeals. (See Docs. 46/47 [24-11069] and Docs. 46/48 [24-11126]).

6. In the interest of clarifying the docket entries and maintaining the alignment of the cases, Plaintiff/Appellee requests a 14-day extension to file her Response Brief in appeal 24-11069, making the brief due February 10, 2025.

1

7.  The undersigned spoke with Dynamic/Appellant's counsel by phone on

Thursday January 23, 2025, and Dynamic does not oppose this extension.

For the reasons stated above, Appellee/Plaintiff respectfully requests the Court

grant this motion and extend the time to file the Response Brief in 24-11069 to

February 10, 2025, aligning it with consolidated case 24-11126.

Respectfully submitted on this 23rd day of January, 2025.

/s/ Leslie A. Palmer
Leslie A. Palmer
*Attorney for Appellee*

OF COUNSEL:
PALMER LAW, LLC
104 23rd Street South, Suite 100
Birmingham, AL 35233
(205)285-3050
leslie@palmerlegalservice.com

2

## <u>CERTIFICATE OF COMPLAINCE</u>

Pursuant to Federal Rule of Appellate Procedure 32(g), the undersigned counsel certifies this motion complies with the type-volume limitation of Rule 27(d)(2)(A). This motion contains 250 words, excluding the parts of the motion exempted by Rule 32(f).

As required by Rule 27(d)(1)(E), this motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because the motion has been prepared in a proportionally spaced typeface using Microsoft Word, Times New Roman, size 14 font.

/s/ Leslie A. Palmer
Leslie A. Palmer
*Attorney for Appellee*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2025, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system, which will send notification

of such filing to the following:


Counsel for Dynamic Security, Inc.
Wesley C. Redmond
Susan W. Bullock
FordHarrison, LLP
wredmond@fordharrison.com
sbullock@fordharrison.com

4