# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11069

_____

DAVITA M. KEY,

                                                              Plaintiff-Appellee,

*versus*

HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC,

                                                             Defendants,

DYNAMIC SECURITY, INC.,

                                                             Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Alabama

2            Order of the Court            24-11069

D.C. Docket No. 2:19-cv-00767-ECM-SMD

_____

_____

No. 24-11126

_____

DAVITA M. KEY,

                                       Plaintiff-Appellant,

*versus*

HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC,
HYUNDAI ENGINEERING AMERICA, INC.,
DYNAMIC SECURITY, INC.,

                                       Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:19-cv-00767-ECM-SMD

_____

ORDER:

24-11069				Order of the Court				3

      The motion for an extension of time to and including February 10, 2025, to file Hyundai Motor Manufacturing of Alabama, LLC's response brief in appeal no. 24-11126 is GRANTED, with the appendix, if any, due 7 days after the filing of the brief.

                                        <u>/s/ Robert J. Luck              </u>
                                         UNITED STATES CIRCUIT JUDGE