# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11069

_____

DAVITA M. KEY,

                Plaintiff-Appellee,

*versus*

HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC,

                Defendants,

DYNAMIC SECURITY, INC.,

                Defendant-Appellant.

_____

2                              Order of the Court                              24-11069

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:19-cv-00767-ECM-SMD

_____

_____

No. 24-11126

_____

DAVITA M. KEY,

                                                              Plaintiff-Appellant,

*versus*

HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC,
HYUNDAI ENGINEERING AMERICA, INC.,
DYNAMIC SECURITY, INC.,

                                                              Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:19-cv-00767-ECM-SMD

_____

24-11069 Order of the Court 3

ORDER:

The "Motion of the Equal Employment Opportunity Commission as Amicus Curiae to Withdraw Georgina Yeomans as Counsel" in Appeal No. 24-11126 is GRANTED.

/s/ Elizabeth L. Branch
_____
UNITED STATES CIRCUIT JUDGE