**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith                                         In Replying Give Number
Clerk                                                           Of Case and Names of Parties

June 30, 2025

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **NOVEMBER 17, 2025, IN MONTGOMERY, ALABAMA. COURT WILL BE HELD MONDAY-THURSDAY OF THIS WEEK. COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT. IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.** *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court. See 11th Cir.R.34-4(e). An amicus curiae may participate in oral argument only with the Court's permission. See FRAP 29(a)(8).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email Jenifer_Tubbs@ca11.uscourts.gov

**JENIFER TUBBS**
Court Sessions Supervisor

---

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #3.***

| | |
|---|---|
| 22-13410 | Donald Trump v. Hillary Clinton, et al. (Consolidated with 22-14099, 23-10387 and 23-13177) (REVISED ARGUMENT DATE) |
| 24-11986 | George Martin v. Commissioner, Alabama Dept. of Corrections (REVISED ARGUMENT DATE) |
| 24-11099 | Elnoria Howell v. Baldwin County Board of Education, et al. (REVISED ARGUMENT DATE) |
| 24-11334 | Mill Road 36 Henry LLC, et al. v. Commissioner of Internal Revenue (REVISED ARGUMENT DATE) |
| 24-12547 | C.W. v. Steve Smith, et al. |
| 24-13501 | Geoffrey Wanjohi, et al. v. Arzaan Food Mart, LLC |
| 24-12167 | Racheal Gantt v. Deputy Everett |
| 24-11100 | APM Terminals Mobile, LLC v. International Longshoremen's Association, AFL-CIO |
| 21-12536 | Teresa Boyd v. U.S. Postmaster General |
| 24-11427 | United States v. John Thomas |
| 24-13981 | Tyler Wallace v. TSI Inc |
| 23-13973 | United States v. Andre Franklin |
| 24-11069 | Davita Key v. Dynamic Security, Inc. (Consolidated with 24-11126, Davita Key v. Hyundai Motor Manufacturing Alabama, LLC, et al.) |
| 24-11396 | Amanali Babwari v. State Farm Fire and Casualty Company |
| 25-10014 | Stephen Jenner, et al. v. Commissioner of Internal Revenue |
| 24-11586 | Elena Mukhina v. Walmart, Inc. |