# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11069
_____

DAVITA M. KEY,

                                                                              *Plaintiff-Appellee,*

versus

HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC,

                                                                              *Defendants,*

DYNAMIC SECURITY, INC.,

                                                                         *Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:19-cv-00767-ECM-SMD
_____

_____

No. 24-11126
_____

DAVITA M. KEY,

                                                                         *Plaintiff-Appellant,*

versus

2                      Order of the Court                      24-11069

HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC,
HYUNDAI ENGINEERING AMERICA, INC.,
DYNAMIC SECURITY, INC.,

                                                                     *Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:19-cv-00767-ECM-SMD

_____

ORDER:

      Amicus Curiae's motion to participate in oral argument on time ceded by appellant is GRANTED.


                                                                   DAVID J. SMITH
                               Clerk of the United States Court of
                                         Appeals for the Eleventh Circuit

                      ENTERED FOR THE COURT - BY DIRECTION